# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

**ROBERT A. JONES**

       **Plaintiff,**

CASE NO.: 9:16-cv-539-T30.AEP

v.

**GC SERVICES, LP, doing
business in Texas, and NAVIENT
SOLUTIONS, INC.,
a Pennsylvania corporation,**

       **Defendants.**

_____/

## COMPLAINT

Plaintiff, Robert A. Jones, by and through his undersigned counsel, sues GC Services, LP, and Navient Solutions, Inc., and states as follows:

## PRELIMINARY STATEMENT

1.      Plaintiff brings this action pursuant to 15 U.S.C. § 1692 *et seq.*, the Fair Debt Collection Practices Act ("FDCPA"), and Fla. Stat. § 559.55 *et seq.*, the Florida Consumer Collection Practices Act ("FCCPA").

## JURISDICTION AND VENUE

2.      Federal subject matter jurisdiction exists pursuant to 28 U.S.C. § 1331, as Plaintiff brings, among other claims, claims under the federal FDCPA, 15 U.S.C. § 1692 *et seq.* Supplemental jurisdiction exists over the state law claims pursuant to 28 U.S.C. § 1367.

3.      Venue is proper in this district pursuant to 28 U.S.C. § 1391(a) because a substantial part of the events or omissions giving rise to the claims and injuries occurred in the Middle District of Florida.

TPA035331
$400.00

1

4.      Venue is proper in this district because the Plaintiff suffered the injury in Pasco County, Florida.

## PARTIES

5.      Robert A. Jones ("Plaintiff") is a natural person who resides in Pasco County, Florida. Plaintiff is a "consumer," as that term is defined by 15 U.S.C. § 1692a(3), and Fla. Stat. § 559.55(2).

6.      Defendant, Navient Solutions, Inc. ("Navient") is a Pennsylvania corporation, doing business in the State of Florida, and is a "person" under Fla. Stat. § 559.72.

7.      Defendant, GC Services ("GC") is a Limited Partnership, registered in the state of Texas and doing business in the State of Florida, and is a "person" under Fla. Stat. § 559.72, and is a "debt collector," as that term is defined in 15 U.S.C § 1692a(6) and Fla. Stat. § 559.55(6). GC is an agent of Navient and at all times relevant to the facts asserted herein was acting as such.

8.      Defendants, in the conduct of their business, used one or more instrumentalities of interstate commerce or the mails, including, without limitation, electronic communication to communicate with Plaintiff.

9.      The conduct of Defendants was authorized, approved and/or ratified by one or more officers, directors, or managers of Defendants, and/or they knew in advance that the Defendants were likely to conduct themselves and allowed them to so act with conscious disregard of the rights and safety of others.  The agent(s) or employee(s) of Defendants acted within the course and scope of such agency or employment and acted with the consent, permission and authorization of Defendants.

2

## FACTUAL ALLEGATIONS

10.     Plaintiff utilized services from Navient. The fees associated with those services (the "Alleged Debt") have been at issue at all times relevant to this Complaint and the factual allegations set forth below.

11.     Plaintiff repeatedly received communications from Navient and GC in attempt to collect the Alleged Debt.

12.     On January 26, 2015, Plaintiff sent GC a Cease and Desist Letter, requesting GC to "cease and desist all communication" in relation to the Alleged Debt. *A copy is attached hereto as Exhibit A.*

13.     Delivery records from the United States Postal Service shows that the Cease and Desist Letter was delivered and a Recipient Signature was received on February 6, 2015. *A copy of the Certified Mail Request for Delivery Confirmation is attached hereto as Exhibit B.*

14.     Nevertheless, on February 23, 2015, Plaintiff received a debt collection letter from GC on behalf of Navient in attempt to collect the Alleged *Debt. A copy of the February 23, 2015 billing statement is attached hereto as Exhibit C.*

15.     Again, on March 24, 2015, Plaintiff received another a debt collection letter from GC on behalf of Navient in attempt to collect the Alleged Debt. *A copy of the March 23, 2015 billing statement is attached hereto as Exhibit D.*

16.     Despite having actual knowledge of Plaintiff's request for GC to cease and desist all communication regarding the Alleged Debt, GC continued efforts to collect the Alleged Debt directly from Plaintiff on behalf of Navient.

17.     The Alleged Debt is a "consumer debt" as defined by Fla. Stat. § 559.55(6).

3

18.     As detailed below, this conduct constitutes a violation of the FCCPA and FDCPA.

## COUNT I

## VIOLATION OF THE FCCPA BY DEFENDANT NAVIENT

19.     This is an action against Navient for violation of Fla. Stat. § 559.55 *et seq.*

20.     Plaintiff re-alleges and incorporates paragraphs 1 through 18, as if fully set forth herein.

21.     Navient communicated, directly and/or indirectly, certain information to Plaintiff as set forth above, which constitutes "communication," as defined by Fla. Stat. § 559.55(5).

22.     Fla. Stat. § 559.72 provides, in pertinent part:

In collecting consumer debts, no person shall:

(7) Willfully communicate with the debtor or any member of her or his family with such frequency as can reasonably be expected to harass the debtor or her or his family, or willfully engage in other conduct which can reasonably be expected to abuse or harass the debtor or any member of her or his family.

(9) Claim, attempt, or threaten to enforce a debt when such person knows that the debt is not legitimate, or assert the existence of some other legal right when such person knows that the right does not exist.

23.     Through its conduct described above, Navient directly and through its agents violated the above sections of the FCCPA.

24.     All conditions precedent to this action have occurred, have been satisfied or have been waived.

25.     Pursuant to Fla. Stat. § 559.77(2), as a result of the above violations of the FCCPA, Navient is liable to Plaintiff for actual damages, statutory damages, and reasonable attorney's fees and costs.

26.     Based upon the willful, intentional, knowing, malicious, repetitive and continuous conduct of Navient as described herein, Plaintiff is also entitled to an award of punitive damages in accordance with Fla. Stat. §§ 559.77 and 768.72.

**WHEREFORE,** Plaintiff respectfully requests this Court to enter a judgment against Navient, finding that Navient violated the FCCPA, awarding Plaintiff actual damages, statutory damages, punitive damages, attorneys' fees and costs pursuant to Fla. Stat. § 559.77(2), and awarding Plaintiff any and all such further relief as is deemed necessary and appropriate.

## COUNT II

## VIOLATION OF THE FDCPA BY DEFENDANT GC

27.     This is an action against GC for violation of 15 U.S.C. § 1692 *et seq*.

28.     Plaintiff re-alleges and incorporates paragraphs 1 through 18, as if fully set forth herein.

29.     Through the conduct described above, GC violated the following provisions of the FDCPA:

### 15 U.S.C. § 1692d

A debt collector may not engage in any conduct the natural consequence of which is to harass, oppress, or abuse any person in connection with the collection of a debt.

### 15 U.S.C. § 1692e

A debt collector may not use any false, deceptive, or misleading representation or means in connection with the collection of any debt.

**15 U.S.C. § 1692f**

A debt collector may not use unfair or unconscionable means to collect
or attempt to collect any debt.

30.    As a result of GC's violation of the FDCPA, Plaintiff is entitled to: (a) actual

damages pursuant to 15 U.S.C. § 1692k(a)(1); (b) statutory damages, pursuant to 15 U.S.C. §

1692k(a)(2)(A); (c) reasonable attorneys' fees and costs, pursuant to 15 U.S.C. § 1692k(a)(3);

and (d) all other relief Plaintiff is entitled to under the law.

31.    All conditions precedent to this action have occurred, have been satisfied or

have been waived.

WHEREFORE, Plaintiff respectfully requests this Court enter a judgment in Plaintiff's

favor finding that GC has violated the FDCPA; awarding Plaintiff actual damages, statutory

damages, attorneys' fees and costs, together with any and all such further relief as is deemed

necessary or appropriate.

## COUNT III

## VIOLATION OF THE FCCPA BY DEFENDANT GC

32.    This is an action against GC for violation of Fla. Stat. § 559.55 *et seq.*

33.    Plaintiff re-alleges and incorporates paragraphs 1 through 18, as if fully set forth

herein.

34.    GC communicated, directly and/or indirectly, certain information to Plaintiff as

set forth above, which constitutes "communication," as defined by Fla. Stat. § 559.55(5).

35.     Fla. Stat. § 559.72 provides, in pertinent part:

In collecting consumer debts, no person shall:

(7) Willfully communicate with the debtor or any member of her or his family with such frequency as can reasonably be expected to harass the debtor or her or his family, or willfully engage in other conduct which can reasonably be expected to abuse or harass the debtor or any member of her or his family.

(9) Claim, attempt, or threaten to enforce a debt when such person knows that the debt is not legitimate, or assert the existence of some other legal right when such person knows that the right does not exist.

36.     Through its conduct described above, GC directly and through its agents violated the above sections of the FCCPA.

37.     All conditions precedent to this action have occurred, have been satisfied or have been waived.

38.     Pursuant to Fla. Stat. § 559.77(2), as a result of the above violations of the FCCPA, GC is liable to Plaintiff for actual damages, statutory damages, and reasonable attorney's fees and costs.

39.     Based upon the willful, intentional, knowing, malicious, repetitive and continuous conduct of GC as described herein, Plaintiff is also entitled to an award of punitive damages in accordance with Fla. Stat. §§ 559.77 and 768.72.

40.     Each communication, made in violation of the FCCPA is a separate justiciable issue entitled to adjudication on its individual merits and is eligible for an award of damages. Pursuant to Federal Rule of Civil Procedure 10(b), each violation has been consolidated into a single count to promote clarity.

**WHEREFORE**, Plaintiff respectfully requests this Court to enter a judgment against GC, finding that GC violated the FCCPA, awarding Plaintiff actual damages, statutory damages, punitive damages, attorneys' fees and costs pursuant to Fla. Stat. § 559.77(2), and awarding Plaintiff any and all such further relief as is deemed necessary and appropriate.

## DEMAND FOR JURY TRIAL

Plaintiff is entitled to and hereby respectfully demands a trial by jury.   U.S. Const. Amend. 7 and Fla. R. Civ. P. 1.430.

Dated:  March 7, 2016                    Respectfully Submitted,

**CENTRONE & SHRADER, PLLC**
612 W. Bay St.
Tampa, Florida 33606
Phone: (813) 360-1529
Fax:     (813) 336-0832

**BRIAN L. SHRADER, ESQ.**
Florida Bar No. 57251
e-mail: bshrader@centroneshrader.com
**GUS M. CENTRONE, ESQ.**
Florida Bar No. 30151
e-mail: gcentrone@centroneshrader.com
Attorneys for Plaintiff

8

## VERIFICATION OF COMPLAINT AND CERTIFICATION
## BY PLAINTIFF, ROBERT JONES

I, Robert Jones, pursuant to 28 U.S.C. §1746, under penalties of perjury, state as follows:

1. I am a Plaintiff in this civil proceeding.

2. I have read the above entitled civil Complaint prepared by my attorneys and I believe that all of the facts contained in it are true, to the best of my knowledge, information and belief formed after reasonable inquiry.

3. I believe that this civil Complaint is well grounded in fact and warranted by existing law or by a good faith argument for the extension, modification, or reversal of existing law.

4. I believe that this civil Complaint is not interposed for any improper purpose, such as to harass any Defendant(s), cause unnecessary delay to any Defendant(s), or create a needless increase in the cost of litigation to any Defendant(s), named in the Complaint.

5. I have filed this civil Complaint in good faith and solely for the purposes set forth in it.


_____                _____
Robert A. Jones                                                    2/27/2016
                                                                         Date

January 26, 2015

Robert Jones
7341 Como Dr
New Port Richey, FL 34655

GC Services Limited Partnership
6330 Gulfton
Houston, TX 77081

Re: Account 256991

Dear GC Services Limited Partnership:

I order that you cease and desist all communication with me effective immediately, as well as
my family and friends, in relation to this and all other alleged debts you claim I owe.

Sincerely,


Robert Jones

EXHIBIT A



**UNITED STATES**
**POSTAL SERVICE**

Date: March 9, 2015

Robert Jones:

The following is in response to your March 9, 2015 request for delivery information on your Certified Mail™/RRE item number 9514800015765027000257.  The delivery record shows that this item was delivered on February 6, 2015 at 12:51 pm in HOUSTON, TX 77081. The scanned image of the recipient information is provided below.

Signature of Recipient :



Address of Recipient :

Thank you for selecting the Postal Service for your mailing needs.

If you require additional assistance, please contact your local Post Office or postal representative.

Sincerely,
United States Postal Service

EXHIBIT B



CDGCSV90  049
PO Box 1022
Wixom MI 48393-1022
ADDRESS SERVICE REQUESTED

 **GC Services Limited Partnership**
6330 Gulfton, Houston, TX 77081

 **Please call: 866-437-1963**

February 23, 2015

 USE ENCLOSED ENVELOPE AND SEND PAYMENT TO:

528587343
||||••||'|||••||||||||||••||'|||||••|••||•••||•||||•|'|||••|||||•|||||•
Robert A Jones
7341 Como Dr
New Port Richey FL 34655-3420

PO BOX 32500
COLUMBUS OH 43232

| YOU OWE: **NAVIENT SOLUTIONS** | |
|---|---|
| ACCOUNT NUMBER: **256991** | BALANCE DUE: **$74,164.33** |

***PLEASE DETACH AND RETURN UPPER PORTION OF STATEMENT WITH PAYMENT***

February 23, 2015

Account Number: 256991

Dear ROBERT A JONES,

We have made repeated attempts to contact you by telephone and we may have also sent you other letters urging you to repay your account with NAVIENT SOLUTIONS.

The student loan(s) you owe to NAVIENT SOLUTIONS made it possible for you to further your education. We urge you to repay your obligation and to remit the balance in full.

GC Services offers a variety of repayment programs designed to assist borrowers with resolving their student loan debt. The programs provide flexibility to allow for payment amounts that are reasonable and affordable. Our Borrower Assistance Representatives will discuss your current financial, employment, and personal circumstances and design a repayment program that best fits your needs.

The Reduced Interest Repayment Program allows you to make monthly payments on your loan. After you have made 3 qualifying payments your interest rate is adjusted to .001%! The interest rate is locked in at .001% as long as you remain in compliance. If you qualify your credit bureau report may be updated by NAVIENT SOLUTIONS.

We encourage you to take this opportunity to call us at 866-437-1963 to discuss your repayment options. We have Borrower Assistance Representatives to assist you from: Mon-Thur 7am to 9pm, Fri 7am to 6pm, Sat 7am to noon CST.

In lieu of mail, you can pay by credit card through a third party payment service using the Internet at iwant2.solvemydebt.com or phone at 1-866-294-0068. Use this control number to identify yourself when prompted: 0702300002569916.

Yours very truly,

M. Mitchell
Collection Manager

*As of the date of this letter, you owe $74,164.33. Because of interest, late charges, and other charges that may vary from day to day, the amount due on the day you pay may be greater. Hence, if you pay the amount shown above, an adjustment may be necessary after we receive your check, in which event we will inform you.*

**NOTICE:** SEE REVERSE SIDE FOR IMPORTANT CONSUMER INFORMATION
GC Services Limited Partnership – 6330 Gulfton, Houston, TX 77081
0763-41      BL3      0702300002569916      19992252

EXHIBIT C



CDGCSV90 049
PO Box 1022
Wixom MI 48393-1022
ADDRESS SERVICE REQUESTED



**GC Services Limited Partnership**
6330 Gulfton, Houston, TX 77081

 **Please call: 866-437-1963**

March 24, 2015

 USE ENCLOSED ENVELOPE AND SEND PAYMENT TO:

552300846

Robert A Jones
7341 Como Dr
New Port Richey FL 34655-3420

**PO BOX 32500**
**COLUMBUS OH 43232**

---

| YOU OWE: NAVIENT SOLUTIONS | |
|---|---|
| ACCOUNT NUMBER: 256991 | BALANCE DUE: **$74,526.75** |

***PLEASE DETACH AND RETURN UPPER PORTION OF STATEMENT WITH PAYMENT***

---

March 24, 2015

Account Number: 256991

Dear ROBERT A JONES,

We have made repeated attempts to contact you by telephone and we may have also sent you other letters urging you to repay your account with NAVIENT SOLUTIONS.

The student loan(s) you owe to NAVIENT SOLUTIONS made it possible for you to further your education. We urge you to repay your obligation and to remit the balance in full.

GC Services offers a variety of repayment programs designed to assist borrowers with resolving their student loan debt. The programs provide flexibility to allow for payment amounts that are reasonable and affordable. Our Borrower Assistance Representatives will discuss your current financial, employment, and personal circumstances and design a repayment program that best fits your needs.

The Reduced Interest Repayment Program allows you to make monthly payments on your loan. After you have made 3 qualifying payments your interest rate is adjusted to .001%! The interest rate is locked in at .001% as long as you remain in compliance. If you qualify your credit bureau report may be updated by NAVIENT SOLUTIONS.

We encourage you to take this opportunity to call us at 866-437-1963 to discuss your repayment options. We have Borrower Assistance Representatives to assist you from: Mon-Thur 7AM to 9PM, Fri 7AM to 6PM, Sat 7AM to noon CDT.

In lieu of mail, you can pay by credit card through a third party payment service using the Internet at iwant2.solvemydebt.com or phone at 1-866-294-0068. Use this control number to identify yourself when prompted: 0702300002569916.

Yours very truly,

M. Mitchell
Collection Manager

*As of the date of this letter, you owe $74,526.75. Because of interest, late charges, and other charges that may vary from day to day, the amount due on the day you pay may be greater. Hence, if you pay the amount shown above, an adjustment may be necessary after we receive your check, in which event we will inform you.*

**NOTICE: SEE REVERSE SIDE FOR IMPORTANT CONSUMER INFORMATION**
GC Services Limited Partnership – 6330 Gulfton, Houston, TX 77081
0763-41    BL3    0702300002569916    20717338

EXHIBIT D